# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2019

157902 & (24)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ANDRE DELOREN THORNHILL,
     Defendant-Appellant.
_____/

SC: 157902
COA: 341403
Wayne CC: 14-007939-FC;
14-008093-FH

On order of the Court, the motion to supplement is GRANTED. The application for leave to appeal the May 7, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

VIVIANO, J., not participating due to a familial relationship with the presiding circuit court judge in this case.



a0325

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2019



Clerk